# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

PAUL SYLVESTOR WARREN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0142

————————————————

June 12, 2026

Appeal from the Circuit Court for Pinellas County; Julie L. Sercus, Judge.

Blair Allen, Public Defender, and A. Victoria Wiggins, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Laura Dempsey, Assistant Attorney General, Tampa; and Wendy Buffington, Assistant Attorney General, Tampa (substituted as counsel of record), for Appellee.

PER CURIAM.

Affirmed.

LaROSE, KHOUZAM, and BLACK, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.